FILED
FEB 19 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | |
|---|---|
| **PMTech, Inc.** **Plaintiff,** *v.* **The United States,** **Defendant.** | **No. 08-96 C** ***(Related to PMTech, Inc. v. The United States*, 07-641, Judge Horn)** |

**NOTICE OF DIRECTLY RELATED CASE**

Pursuant to Court of Federal Claims Rule 40.2, Plaintiff PMTech, Inc. ("Plaintiff"), by counsel, hereby provides notice to all parties that appeared in *PMTech, Inc. v. United States*, 07-641, that PMTech has filed a new complaint which is directly related to that prior case. Both this new complaint and the prior pending case, 07-641, involve an improper award by the Department of Energy for the performance of Guidance Development work. Both awards will result in performance of the resulting contracts, either directly or indirectly, by the large business CSC Systems and Solutions LLC. The previous case was assigned to the Honorable Marian Blank Horn. Because this new complaint involves many of the same issues and documents, it will likely conserve judicial resources to assign this new complaint to Judge Horn. Judge Horn also has previously indicated that any new protest action should be assigned to her.

DATED: February 19, 2008

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Kenneth B. Weckstein
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff PMTech, Inc.

Of Counsel:
Shlomo David Katz
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1809
(202) 861-3509 (FAX)
skatz@ebglaw.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 19th day of February, 2008, he caused a copy of the foregoing Notice of Directly Related Case to be served via email to:

Elizabeth Holt, Counsel for the United States at
elizabeth.holt@usdoj.gov

and

Mark D. Colley, Counsel for CSC Systems & Solutions LLC at
Mark.Colley@aporter.com.

Kenneth B. Weckstein
Counsel for PMTech, Inc.