ORIGINAL

**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | |
|---|---|
| **PMTech, Inc.** | |
| | **Plaintiff,** |
| *v.* | |
| **The United States,** | |
| | **Defendant.** |

**No. 08-96 C**

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Court of Federal Claims Rule 7.1, Plaintiff PMTech, Inc. ("Plaintiff"), by counsel, states that it has no parent corporation and no publicly held corporation owns 10% or more of the stock of Plaintiff.

DATED: February 19, 2008

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Kenneth B. Weckstein
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff PMTech, Inc.

Of Counsel:
Shlomo David Katz
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1809
(202) 861-3509 (FAX)
skatz@ebglaw.com