# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**EXCALIBUR ASSOCIATES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 08-96C**
**Filed: February 19, 2008**

**O R D E R**

The court is in receipt of Excalibur Associates, Inc.'s February 19, 2008, motion to intervene as a defendant-intervenor. The parties do not oppose the motion. Excalibur's motion to intervene, therefore, is **GRANTED**.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**