IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Elizabeth A. Holt, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Elizabeth A. Holt
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7040
Washington, D.C. 20530

Attention: Classification Unit,
8th Floor

s/Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Phone: (202) 305-3079
Fax: (202) 305-7643
E-mail: Elizabeth.Holt@usdoj.gov

Dated: February 19, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 19th day of February, 2008, a copy of the foregoing NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Elizabeth A. Holt