ORIGINAL

FILED
FEB 19 2008
U.S. COURT OF FEDERAL CLAIMS

**BEFORE THE UNITED STATES COURT OF FEDERAL CLAIMS**
(Bid Protest)

| | |
|---|---|
| **PMTech, Inc.** **Plaintiff,** *v.* **The United States,** **Defendant.** | No. 08-96 C |

**MOTION FOR LEAVE TO FILE UNDER SEAL AND REQUEST FOR DELAYED PUBLICATION**

Pursuant to the Rules of the Court of Federal Claims ("RCFC") Appendix C, Section III, Plaintiff PMTech, Inc. ("PMTech"), by counsel, hereby files this Motion for Leave to File Under Seal simultaneously with its Complaint and related materials. Information contained in the Complaint and related materials is confidential and proprietary and, in many cases, protected by a previous protective order entered by this Court. PMTech requests that its Complaint and related materials be treated as filed under seal. Pursuant to the requirements of the previous protective order, PMTech will provide a redacted copy of the Complaint and related materials after it has conferred with all required parties. PMTech will provide a redacted copy of the Complaint and related materials as soon as practicable to comply with RCFC Appendix C, Section III.

DATED: February 19, 2008

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

Kenneth B. Weckstein
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1860
(202) 861-3560 (FAX)
Kweckstein@ebglaw.com

Counsel for Plaintiff PMTech, Inc.

Of Counsel:
Shlomo David Katz
1227 25th Street, N.W.
Washington, D.C. 20037
(202) 861-1809
(202) 861-3509 (FAX)
skatz@ebglaw.com