# In the United States Court of Federal Claims

| | | |
|---|---|---|
| **PMTECH, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**EXCALIBUR ASSOCIATES, INC.,**<br><br>**Defendant-Intervenor.** | * | **No. 08-96C**<br>**Filed: February 21, 2008** |

**O R D E R**

The court **SCHEDULES** a hearing in the above-captioned case for **Monday, February 25, 2008, 10:30 a.m. EST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties shall appear in person, and be prepared to address all issues. The agency contracting officer is encouraged to attend the hearing. Defendant's counsel shall advise chambers staff, at (202) 357-6580, if the set-aside contracting officer will not be in attendance. On or before **Friday, February 22, 2008, 12:00 p.m. EST**, the parties shall provide chambers staff with the names of all attorneys and clients who will be in attendance at the February 25, 2008 hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**