# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**EXCALIBUR ASSOCIATES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 08-96C**
**Filed: February 25, 2008**

## O R D E R

The court held a hearing in the above-captioned case on February 25, 2008. As a first order of business plaintiff advised the court that, less than one hour before the hearing, it had filed a motion to disqualify counsel for Excalibur Associates, Inc. After discussion of the issue with the parties, the court established the following briefing **SCHEDULE** on this serious issue. Defendant-intervenor shall respond to the plaintiff's motion to disqualify on or before **Friday, February 29, 2008, 12:00 p.m.** Plaintiff shall file a reply brief on its motion to disqualify on or before **Monday, March 3, 2008, 5:30 p.m.** Defendant shall file a response to the plaintiff's motion to disqualify, addressing, at a minimum, the impact of the motion on the SBA's decision on PMTech's size protest against Excalibur, on or before **Monday, March 3, 2008, 5:30 p.m.** In their briefs, the parties shall address the facts; standards such as the ABA Model Rules of Professional Conduct and the D.C. Bar Rules of Professional Conduct; and application of the standards to the facts, including citation to case authority.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**