**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| PMTECH, Inc.<br>Plaintiff,<br>*v.*<br>THE UNITED STATES,<br>Defendant<br>EXCALIBUR ASSOCIATES, INC.<br>Defendant-Intervenor. | No. 08-96<br>(Judge Horn) |

## NOTICE OF CHANGE OF ADDRESS

Please take notice of the new contact information for Kenneth B. Weckstein, counsel for the Plaintiff, **PMTECH, INC.**:

Kenneth B. Weckstein
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 536-1750
Fax: (617) 289-0772
e-mail: kweckstein@brownrudnick.com

This change is effective immediately.

DATED: March 11, 2008

Respectfully submitted,

s/ Kenneth B. Weckstein

Kenneth B. Weckstein
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, N.W., Suite 600
Washington, DC 20005
Tel: (202) 536-1750
Fax: (617) 289-0772
Email: kweckstein@brownrudnick.com

Counsel for Plaintiff PMTech, Inc.