# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**EXCALIBUR ASSOCIATES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 08-96C**
**Filed: March 13, 2008**

## O R D E R

After resolution of the plaintiff's motion to disqualify counsel for the admitted intervenor, as previously discussed with the parties, the court **SCHEDULES** the initial hearing on the merits of the bid protest in the above-captioned case for **Wednesday, March 19, 2008, 10:00 a.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. The parties shall appear in person. The parties shall be prepared to address all issues, and to propose a schedule for resolution of the case, with milestones and a time line. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**