**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCALIBUR ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**
**<u>TO FILE THE ADMINISTRATIVE RECORD ON CD-ROM</u>**

Defendant, the United States, respectfully requests leave to file the administrative record utilizing a CD-ROM. Defendant will also provide a paper copy of the administrative record to the judge's chambers and to counsels for plaintiff and defendant-intervenor. This case is designated for electronic filing using the Court's CM/ECF system. The administrative record in this case will exceed the four megabyte size limitation that is applicable to electronic files, pursuant to Appendix E ¶ 9 of the Rules of the United States Court of Federal Claims ("RCFC"), and will exceed the 50-page limitation requiring printed documents, RCFC Appendix E ¶ 10. Counsels for plaintiff and defendant-intervenor have been contacted and do not oppose this motion.

For these reasons, defendant respectfully requests that this motion for leave to file the administrative record on CD-ROM be granted.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3079
Fax. (202) 305-7643

March 20, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 20th day of March, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT