# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,** *

**Plaintiff,** *

**v.** *

**UNITED STATES,** * **No. 08-96C**

* **Filed: March 20, 2008**

**Defendant,** *

**EXCALIBUR ASSOCIATES, INC.,** *

**Defendant-Intervenor.** *

* * * * * * * * * * * * * *

## O R D E R

The court held a hearing in the above-captioned case on March 19, 2008, with the parties appearing in person. After argument from all parties on the plaintiff's request for a Temporary Restraining Order (TRO), the court **DENIED** the request in a bench ruling. The basis for denial is contained in the transcript of the hearing.

Plaintiff continues to seek preliminary and permanent injunctions of any future DOE task orders to Excalibur Associates for Guidance Development/Document Review work on the set-aside procurement. The court, together with the parties, established the following **SCHEDULE**. On or before **Monday, March 24, 2008, 5:30 p.m.**, defendant shall file the administrative record. A disk may be filed with the clerk's office, but chambers shall be provided a single, courtesy, paper copy of the administrative record at the same date/time. On or before **Thursday, March 27, 2008, 5:30 p.m.**, defendant shall file its motion to dismiss Counts IV - VII of the complaint. On or before **Monday, April 7, 2008, 5:30 p.m.**, plaintiff shall file its RCFC 52.1(b) motion for judgment on the administrative record on Counts I - III of the complaint. On or before **Friday, April 18, 2008, 5.30 p.m.**, plaintiff shall file a response brief to the motion to dismiss, and defendant shall file its combined cross-motion and response brief to the plaintiff's motion for judgment on the administrative record. On or before **Friday, April 25, 2008, 5:30 p.m.**, plaintiff shall file a reply on its motion for judgment on the administrative record and defendant shall file a reply on its

motion to dismiss. Intervenor may participate, as desired, in the above briefing schedule on the defendant's due dates.

The court **SCHEDULES** oral argument on the motion to dismiss and cross-motions for judgment on the administrative record for **Wednesday, May 7, 2008, 10:30 a.m. DST**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C. 20005. All parties shall appear in person. The courtroom number will be posted on the day of the hearing.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**