# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCALIBUR ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

## DEFENDANT'S NOTICE OF FILING OF THE ADMINISTRATIVE RECORD

Pursuant to Appendix C, ¶ 21, of the Rules of the United States Court of Federal Claims ("RCFC"), and the Court's order dated March 20, 2008, defendant provides notice that it is filing the administrative record regarding plaintiff's protest.

The administrative record is contained on one CD-ROM. The CD-ROM contains protected information that should only be disclosed in accordance with the protective order entered by the Court in this matter on February 26, 2008. The CD-ROM should be filed and maintained under seal pursuant to the Court's protective order.

Additionally, defendant is providing a paper copy of the administrative record to the judge's chambers and to counsels for plaintiff and defendant-intervenor. The paper copy consists of 6 volumes.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3079
Fax. (202) 305-7643

March 24, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2008, I caused to be served by hand, copies of "Defendant's Notice of Filing of the Administrative Record" and a copy of the administrative record, consisting of one CD-ROM and 6 volumes, addressed as follows:

Kenneth B. Weckstein
BROWN RUDNICK BERLACK ISRAELS LLP
600 13th Street, N.W.
Washington, D.C. 20005
Tel: (202) 536-1750
Attorney for Plaintiff

Pamela J. Mazza
PilieroMazza PLLC
888 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: (202) 857-1000
Attorney for Defendant-Intervenor

Tiffany Wooten