# IN THE UNITED STATES COURT OF FEDERAL CLAIMS
# (BID PROTEST)

| | |
|---|---|
| PMTECH, INC.<br>Plaintiff,<br>*v.*<br>THE UNITED STATES,<br>Defendant<br>EXCALIBUR ASSOCIATES, INC.<br>Defendant-Intervenor. | No. 08-96<br>(Judge Horn) |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT**

Plaintiff PMTech, Inc. ("PMTech"), pursuant to Rule 41(a)(1) of the Rules of the Court of Federal Claims ("RCFC"), hereby dismisses its complaint against Defendant United States without prejudice.

The Defendant United States and Intervenor Excalibur Associates, Inc. have neither filed an answer or a motion for summary judgment as to PMTech's claims. Dismissal under RCFC Rule 41(a)(1) is therefore appropriate.

DATED: April 4, 2008

Respectfully submitted,

s/ Kenneth B. Weckstein
Kenneth B. Weckstein
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, NW
Suite 600
Washington DC, 20005
Tel: (202) 536-1750
Fax: (617) 289-0772
kweckstein@brownrudnick.com

Counsel for Plaintiff PMTech, Inc.

Of Counsel:
Shlomo D. Katz
Brown Rudnick Berlack Israels LLP
601 Thirteenth Street, NW
Suite 600
Washington DC, 20005
Tel: (202) 536-1753
Fax: (617) 289-0775
sdkatz@brownrudnick.com