# In the United States Court of Federal Claims

| | |
|---|---|
| **PMTECH, INC.,**<br><br>**Plaintiff,**<br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant,**<br><br>**EXCALIBUR ASSOCIATES, INC.,**<br><br>**Defendant-Intervenor.** | **No. 08-96C**<br>**Filed: April 14, 2008** |

## O R D E R

The court is in receipt of the plaintiff's April 4, 2008, Notice of Dismissal of Complaint, without prejudice. Pursuant to the Notice of Dismissal and Rule 41(a)(1) of the Rules of the United States Court of Federal Claims, the claims in the above-captioned case are, hereby, **DISMISSED**, without prejudice, with each party to bear its own costs, expenses and attorney's fees. The clerk's office shall enter **JUDGMENT** consistent with this order. As a result of the dismissal of the case, the remainder of the schedule set out in the court's order of March 20, 2008, including oral argument set for May 7, 2008, is mooted.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**