# In the United States Court of Federal Claims

**No. 08-96 C**

**PMTECH, INC.,**
**Plaintiff,**

**JUDGMENT**

**v.**

**THE UNITED STATES,**
**Defendant,**
**and**

**EXCALIBUR ASSOCIATES, INC.,**
**Defendant-Intervenor.**

Pursuant to the plaintiff's April 4, 2008 Notice of Dismissal and the court's Order, filed April 14, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 41(a)(1), that the complaint is dismissed, without prejudice, with each party to bear its own costs, expenses and attorney fees.

John S. Buckley
Acting Clerk of Court

**April 15, 2008** By: s/Lisa L. Reyes

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.