# In the United States Court of Federal Claims

| | | |
|---|---|---|
| * * * * * * * * * * * * * * | | |
| **PMTECH, INC.,** | * | |
| | * | |
| **Plaintiff,** | * | |
| **v.** | * | |
| | * | |
| **UNITED STATES,** | * | **No. 08-96C** |
| | * | **Filed: May 28, 2008** |
| **Defendant,** | * | |
| | * | |
| | * | |
| **EXCALIBUR ASSOCIATES, INC.,** | * | |
| | * | |
| | * | |
| **Defendant-Intervenor.** | * | |
| | * | |
| * * * * * * * * * * * * * * | | |

**O R D E R**

The court is in receipt of the parties' May 15, 2008, joint motion for continued protection of portions of the complaint and administrative record in the above-captioned case. The parties conducted a detailed review of the sealed record in this case, and have provided a reasonable basis for the proposed, continued protection of identified portions of the record, including redactions of the complaint. The parties' joint motion is **GRANTED**. The court **ADOPTS** the redacted complaint found at exhibit D of the parties' May 15, 2008 joint motion, and the proposed, continued protection of portions of the record reflected in exhibits A - C of the joint motion, for the time periods stated on page 2 of the joint motion. The clerk's office shall **SEAL** the identified portions of this case in accordance with the May 15, 2008 joint submission by all parties.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**