**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCALIBUR ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE**
**TO FILE THE REDACTED ADMINISTRATIVE RECORD ON CD-ROM**

On May 28, 2008, this Court granted the parties' joint motion for continued protection of portions of the administrative record. Defendant, the United States, now respectfully requests leave to file the redacted administrative record utilizing a CD-ROM. Defendant will also provide a paper copy of the redacted administrative record to the judge's chambers and to counsels for plaintiff and defendant-intervenor. This case is designated for electronic filing using the Court's CM/ECF system. The redacted administrative record in this case will exceed the four megabyte size limitation that is applicable to electronic files, pursuant to Appendix E ¶ 9 of the Rules of the United States Court of Federal Claims ("RCFC"), and will exceed the 50-page limitation requiring printed documents, RCFC Appendix E ¶ 10. Counsels for plaintiff and defendant-intervenor have been contacted and do not oppose this motion.

For these reasons, defendant respectfully requests that this motion for leave to file the redacted administrative record on CD-ROM be granted.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3079
Fax. (202) 305-7643

June 26, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 26th day of June, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE THE REDACTED ADMINISTRATIVE RECORD ON CD-ROM" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT