# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant,**

**EXCALIBUR ASSOCIATES, INC.,**

**Defendant-Intervenor.**

* * * * * * * * * * * * * *

**No. 08-96C**
**Filed: June 26, 2008**

## O R D E R

The court is in receipt of the defendant's unopposed, June 26, 2008, motion for leave to file the redacted administrative record in the above-captioned case on CD-ROM. Defendant's motion is **GRANTED**. The CD-ROM will be filed with the clerk's office on or before **Thursday, July 3, 2008**. Defendant's offer to submit a courtesy paper copy of the redacted administrative record to chambers is appreciated but declined.

The court notes that a copy of the document described as the redacted complaint, found at Exhibit D of the parties' May 15, 2008 joint filing, has been requested by a member of the public. The document appears to be redacted, but retains the following proprietary markings on each page, "Contains Protected Information To Be Disclosed Only In Accordance With U.S. Court of Federal Claims Protective Order," as well as the legend, "Proposed Redacted Version." On or before **Thursday, July 3, 2008**, defendant shall electronically file the redacted complaint, with the proprietary legend removed, and a legend added identifying the document as redacted.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**