**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCALIBUR ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING OF THE REDACTED COMPLAINT**

On May 28, 2008, this Court granted the parties' joint motion for continued protection of portions of the complaint and administrative record in this case. Pursuant to that order and this Court's order dated June 26, 2008, defendant, the United States, provides notice that it is filing the redacted complaint regarding plaintiff's protest. A copy of the redacted complaint is attached to this Notice. We will separately file the redacted administrative record.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Elizabeth A. Holt
ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3079
Fax. (202) 305-7643

June 27, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of June, 2008, a copy of the foregoing "DEFENDANT'S NOTICE OF FILING OF THE REDACTED COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Elizabeth A. Holt

ELIZABETH A. HOLT