**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(Bid Protest)**

| | |
|---|---|
| PMTECH, INC.,<br><br>Plaintiff,<br><br>*v.*<br><br>THE UNITED STATES,<br><br>Defendant,<br><br>and<br><br>Excalibur Associates, Inc.,<br>Defendant-Intervenor. | No. 08-96<br>(Judge Horn) |

**PLAINTIFF'S UNOPPOSED MOTION FOR REDACTIONS**

Plaintiff, PMTech, Inc. ("PMTech"), through the undersigned counsel, respectfully moves the Court to redact the transcript of the March 5, 2008 hearing in its entirety. Portions of the March 5, 2008 hearing relate to matters of attorney-client privilege. Also, counsel for Intervenor Excalibur Associates, Inc. ("Excalibur") has requested that the entire transcript be redacted. PMTech has conferred with counsel for the United States and Excalibur, and all parties consent to this motion.

DATED: June 30, 2008

Respectfully submitted,

s/ Kenneth B. Weckstein
Kenneth B. Weckstein
Brown Rudnick LLP
601 Thirteenth St., NW
Suite 600
Washington, D.C. 20005
(202) 536-1750
(617) 289-0772 (FAX)
Kweckstein@brownrudnick.com

Counsel for Plaintiff PMTech, Inc.

Of Counsel:
Shlomo D. Katz
Brown Rudnick LLP
601 Thirteenth St., NW
Suite 600
Washington, D.C. 20005
(202) 536-1753
(617) 289-0775
SDKatz@brownrudnick.com