# In the United States Court of Federal Claims

* * * * * * * * * * * * * *

**PMTECH, INC.,** *
*
**Plaintiff,** *
**v.** *
*
**UNITED STATES,** * **No. 08-96C**
* **Filed: July 1, 2008**
**Defendant,** *
*
*
**EXCALIBUR ASSOCIATES, INC.,** *
*
*
**Defendant-Intervenor.** *
*

* * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the plaintiff's June 30, 2008, unopposed motion to "redact the transcript of the March 5, 2008 hearing in its entirety," as containing privileged information. Intervenor supports the plaintiff's motion, and defendant consents to the motion. After review of the transcript in question, the court **GRANTS** plaintiff's motion. The clerk's office shall **SEAL** the March 5, 2008 transcript in the above-captioned case, and also shall ensure that Heritage Reporting Corporation is notified of this restriction on distribution and appropriately marks the transcipt.

**IT IS SO ORDERED.**

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**