**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PMTECH, INC., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 08-96C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| EXCALIBUR ASSOCIATES, INC., | ) | |
| | ) | |
| Defendant-Intervenor. | ) | |

**DEFENDANT'S NOTICE OF FILING**
**OF THE REDACTED ADMINISTRATIVE RECORD**

On May 28, 2008, this Court granted the parties' joint motion for continued protection of portions of the administrative record. Pursuant to that order and this Court's order dated June 26, 2008, defendant, the United States, provides notice that it is filing the redacted administrative record regarding plaintiff's protest.

The redacted administrative record is contained on one CD-ROM. Additionally, defendant is providing a paper copy of the redacted administrative record to counsels for plaintiff and defendant-intervenor. The paper copy consists of 1 volume.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

ELIZABETH A. HOLT
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 305-3079
Fax. (202) 305-7643

July ~~June~~ 2, 2008

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2008, I caused to be served by overnight deliver, copies of "DEFENDANT'S NOTICE OF FILING OF THE REDACTED ADMINISTRATIVE RECORD" and a copy of the redacted administrative record, consisting of one CD-ROM and 1 volume, addressed as follows:

Kenneth B. Weckstein
BROWN RUDNICK BERLACK ISRAELS LLP
600 13th Street, N.W.
Washington, D.C. 20005
Tel: (202) 536-1750
Attorney for Plaintiff

Pamela J. Mazza
PilieroMazza PLLC
888 17th Street, N.W.
Suite 1100
Washington, D.C. 20006
Tel: (202) 857-1000
Attorney for Defendant-Intervenor

______________________